IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE KNIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-1811 |
| DAVID DIGUGLIELMO, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 28th day of July, 2009, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, no objection having been made thereto, it is ordered that:

1. The Report and Recommendation is approved and adopted.

2. The petition filed pursuant to 28 U.S.C. § 2254 is denied.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.